IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABRAHAM/RASHEEN**
**GRANT/RAKIM**                                                                 **PLAINTIFF**
**ADC #128147**

v.                        Case No.: 5:15-cv-00133 KGB

**WATSON**, *et al.*                                                    **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date in this matter, the Court dismisses without prejudice this case and denies the relief sought. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge